EL PUEBLO, DEMANDANTE Y APELANTE, *v.* LLAMAS, ACUSADO
Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez
en causa por infracción al artículo 471 del Código Penal.

No. 1907.—Resuelto en marzo 5, 1923.

ACUSACIÓN SUFICIENTE—CORPORACIONES—ALEGACIONES INNECESARIAS.—Una acu-
sación por violación del artículo 471 del Código Penal en la cual se alega
que la perjudicada, ''The South Porto Rico Sugar company,'' es una cor-
poración, es suficiente de acuerdo con la doctrina de *El Pueblo* v. *Matos*,
resuelto hoy; y no la hace insuficiente el hecho de que no alegue que la cor-
poración está autorizada legalmente para hacer negocios en esta isla, ni el
Estado donde está incorporada, ni donde tiene sus oficinas, pues éstos son
elementos de prueba y no de alegaciones. .

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José E. Figueras, Fiscal.*

Abogado del apelado: *Sr. R. Martínez Nadal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

En la acusación se imputa al acusado que vendió a la cor-
poración ''South Porto Rico Sugar Company'' todas las plan-
taciones de cañas que existían en una finca de su propiedad,
la que se describe, y que posteriormente vendió las mismas
plantaciones de caña a Avelino Cruz Toro con la intención
de defraudar a la expresada corporación.

En el acto del juicio el abogado del acusado se opuso a
que el fiscal presentara una certificación creditiva de la ins-
cripción en la Secretaría de Puerto Rico de las cláusulas
de incorporación de la ''South Porto Rico Sugar Company,''
y se fundó en que no constando en la acusación que dicha
corporación esté legalmente autorizada para hacer negocios
en esta isla, como tampoco el Estado donde está incorpo-
rada ni donde tiene sus oficinas, no podía presentarse evi-
dencia de hechos que no constaban en la acusación, y alegó
además que por falta de tales alegaciones la acusación no
aduce hechos suficientes para determinar una causa de ac-

ción y solicitó el sobreseimiento y archivo del caso. Accedió la corte a esas peticiones y ordenó el sobreseimiento y archivo de la causa, por lo que el fiscal del distrito interpuso este recurso de apelación en el que no ha comparecido el acusado.

Como la acusación alega que "The South Porto Rico Sugar Company" es una corporación, es suficiente según hemos resuelto hoy en el caso de *El Pueblo* v. *Matos Fernández;* y no la hace insuficiente el hecho de que no alegue que la corporación está autorizada legalmente para hacer negocios en esta isla, ni el Estado donde está incorporada, ni donde tiene sus oficinas, pues éstos son elementos de prueba y no de alegaciones. Es cierto que los casos de *People* v. *Schwartz,* 32 Cal. 161, y *People* v. *Bogart,* 36 Cal. 245, se declaró que una acusación es insuficiente si no alega los nombres de las personas que componen la corporación o sociedad, pero en el caso posterior de *People* v. *Henry,* 77 Cal. 445, en el que se alegaba que el edificio que había sido escalado pertenecía a "San Diego and Coronado Water Company," ante la objección de que la acusación no era suficiente porque no decía si era una corporación o una sociedad y no daba los nombres de las personas que formaban la corporación o sociedad, la corte, después de hacer referencia a los dos casos antes citados, declaró que no hubo error en la corte inferior al desestimar esa objección del acusado: y en el caso de *People* v. *Mahlman,* 82 Cal. 585, se declaró también que la alegación de pertenecer la propiedad a "Germania Lodge No. 7, Order of Hermann Sons," asociación existente de acuerdo con las leyes de California, fué plenamente alegada. En el caso de *Stallings* v. *State,* 29 Tex. App. 220, y otros citados en Am. & Eng. Ann. Cases, volumen 18, página 343, se dice que no es necesario alegar la carta de incorporación ni el Estado en que se ha incorporado.

Así, pues, el tribunal inferior cometió el error que se le

atribuye y su resolución archivando la acusación debe ser revocada.

*Revocada la providencia dictada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.